PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EARL HILL, | ) | |
| | ) | CASE NO. 1:21-CV-1526 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WARDEN LEON HILL, | ) | |
| | ) | **ORDER** |
| Respondent. | ) | [Regarding ECF No. 1] |

On November 14, 2023, the assigned Magistrate Judge James E. Grimes Jr. issued a Report and Recommendation denying Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2254 as time-barred.[1]

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. In the instant case, objections to the Report and Recommendation were due by November 28, 2023. Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

---

[1] In the alternative, the Report and Recommendation indicates that Petitioner's ground for relief is not cognizable.

(1:21CV1526)

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. ECF No. 24.  Petitioner's writ of habeas corpus petition is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed R. App. P. 22(b).

IT IS SO ORDERED.

| December 29, 2023 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson<br>United States District Judge |